**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**


SKECHERS U.S.A., INC. II,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS d/b/a THE DOMAIN NAMES
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Civil Action No.: 1:24-cv-04541


<u>**DECLARATION OF LIN ZHANG**</u>

I, Lin Zhang, declare as follows:

1.     I am the CMO of Suzhou Ruoxing Network Technology Co., Ltd. (**Ruoxing**), which operates the internet store commuicaten.com (the **Store**) identified as Defendant No. 24 in this lawsuit. In this capacity, I have personal knowledge of the Store's operation and sales and have access to Ruoxing's business records.

2.     I make this declaration based on my personal knowledge and after reviewing Ruoxing's business records.  If called as a witness, I can competently testify to the matters stated herein.

3.     Ruoxing is incorporated and has its principal place of business in the People's Republic of China.  Ruoxing's employees are based in China and operate the Store exclusively in China.  Ruoxing has never owned or utilized an office, hired employees, agents, or representatives, maintained bank accounts, owned assets or properties, or qualified to do business in Illinois or any other part of the United States.

4.      Neither the Store nor Ruoxing has targeted Illinois residents with their advertisements or directed any marketing efforts or materials, of the allegedly infringing products at Illinois.

5.      Skechers U.S.A., Inc. II (the **Plaintiff**) alleges the Store has infringed on its trademarks as alleged in its complaint. The Store's operations team reviewed the complaint, the exhibits attached, and the screenshots of the Store's products that Plaintiff provided as **Exhibit A**.

6.      After reviewing the complaint and **Exhibit A**, the operations team conducted a diligent search of the Store's sales records for the alleged product. Specifically, the operations team accessed the backend data system of the Store's website and performed a thorough search using keywords "Air Cushion," "Arch Support," "Arch Fit," "height-boosting rocker," "Non-Slip," "Orthopedic Sneakers," "Skech," "Skech-Air," "Skechers," "Sneakers," "Sports Shoes," and "Women's Sneakers." The operations team also compared the alleged products' images in Exhibit A against the pictures in our backend data system.

7.      **Exhibit B** contains the Store's complete and accurate sales records for the alleged products. The records show that the Store has made one sale of the alleged products in Illinois, with a total revenue of $34.98. The order was placed by Mary Gannon on February 27, 2024, and the shipping address was 33 W Jackson Blvd, Chicago, Illinois, 60604, which was the office address of the plaintiff's counsel.

8.      The Store has one PayPal account for the alleged products, roostarsaction@outlook.com. The account has a frozen amount of $14,804.1 due to the asset restraint currently in place. These assets play a vital role in the operations of the business. They allow us to pay our vendors, manage our supply chains, advertise our products, process refunds for

unsatisfied customers, pay our employees, and cover other business expenses. The asset freeze has significantly harmed our company's financial operations by severely and negatively affecting our liquidity and cash flow management.

9.      Ruoxing was notified of the current litigation through e-mail and was not served through the central authority of China in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

10.     Upon notice of the current litigation, Ruoxing has permanently removed the listings of the allegedly infringing products pursuant to the Court's temporary restraining order [Dkt. 20] and preliminary injunction order [Dkt. 30].  While Ruoxing plans to challenge the preliminary injunction order and disputes Plaintiff's claims, Ruoxing assures the court it will not relist the allegedly infringing products for sale until further ordered by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on this 19 day of August, 2024, in Fuzhou, Fujian Province, China.

Dated: August 19, 2024

By: Lin Zhang
Lin Zhang

4

# EXHIBIT A

www.facebook.com
https://www.facebook.com/ads/library/?active_status=all&ad_type=political_and_issue_ads&country=US&id=821117833364047&media_type=all
26.02.2024

∞ Meta     Ad Library   Ad Library Report   Ad Library API   Branded Content ☰

**Ad Details**     ✕

Library ID: 821117833364047
✔ Active
Started running on Feb 23, 2024
Platforms 🅕 ⦿ 🅞 ♫ ⊝

**Communicaten**
Sponsored
Library ID: 821117833364047

🥿Comfy Women's Orthopedic Platform Sneakers! ✅Best For Ladies Suffering From Bunions ✅Helps With Posture Correction ✅Helps With Hammer Toe 👠Get yours here 👇

SKECHERS

GERALDINE

COMMUNICATEN.COM
🔥49% OFF -Women's Orthopedic Sneakers - Pink / US5-5.5/EU36
The luxuriously padded foam footbed can balance your feet, make your feet comfortable all day long, without...

Shop now

**European Union transparency**     ⌄

**About the advertiser**     ⌃

**Communicaten**
🔗 ID: 101257055922032
318 followers · Product/service

**More info**

You make the decision, we make you happy

**Beneficiary and payer**     ⌃

When targeting certain locations, advertisers are required to disclose who will benefit from an ad and who is paying for it.

Current

| | |
|---|---|
| Beneficiary | Hong Kong Cifnews |
| Payer | Hong Kong Cifnews |

Close

 USD  English

# Communicaten

HOT

HOME IMPROVEMENT   BATHROOM   TOILET ACCESSORIES   CLEANING SUPPLIES





## 🔥49% OFF -Women's Orthopedic Sneakers

**$28.99** ~~$56.99~~  **Save 49%**

**Color**

Pink   Grey   Black   Purple

**Size(Women)**

US5-5.5/EU36   US6/EU37   US6.5-7/EU38   US7.5-8/EU39

US8.5/EU40   US9-9.5/EU41

**Quantity**

− 1 +

🛒 ADD TO CART  -  $28.99

PayPal     🅿 Pay Later

*More payment options*

**Buy More Save More!**

| Buy 2 save 5% | ADD TO CART |
| Buy 3 save 10% | ADD TO CART |
| Buy 4 save 20% | ADD TO CART |

**The luxuriously padded foam footbed can balance your feet,** make your feet comfortable all day long, without stress, and give your body the best comfort!





### Women's Size Chart

| UK | EU | US | labelsize | shoes leng |
|---|---|---|---|---|
| 2 | 35 | 4.5 | 35 | 215 |
| 2.5 | 36 | 5 | 36 | 220 |
| 3 | 36 | 5.5 | 36 | 225 |
| 3.5 | 37 | 6 | 37 | 230 |
| 4 | 38 | 6.5 | 38 | 235 |
| 4.5 | 38 | 7 | 38 | 240 |
| 5 | 39 | 7.5 | 39 | 245 |
| 5.5 | 39 | 8 | 39 | 250 |
| 6 | 40 | 8.5 | 40 | 255 |



| 6.5 | 41 | 9 | 41 | 260 |
|-----|----|----|----|-----|
| 7 | 41 | 9.5 | 41 | 265 |
| 7.5 | 42 | 10 | 42 | 270 |
| 8 | 43 | 10.5 | 43 | 275 |

















Size Comparison Table

| Women's Size Chart | | | | |
|---|---|---|---|---|
| UK | EU | US | labelsize | shoes leng |
| 2 | 35 | 4.5 | 35 | 215 |
| 2.5 | 36 | 5 | 36 | 220 |
| 3 | 36 | 5.5 | 36 | 225 |
| 3.5 | 37 | 6 | 37 | 230 |
| 4 | 38 | 6.5 | 38 | 235 |
| 4.5 | 38 | 7 | 38 | 240 |
| 5 | 39 | 7.5 | 39 | 245 |
| 5.5 | 39 | 8 | 39 | 250 |
| 6 | 40 | 8.5 | 40 | 255 |
| 6.5 | 41 | 9 | 41 | 260 |
| 7 | 41 | 9.5 | 41 | 265 |
| 7.5 | 42 | 10 | 42 | 270 |
| 8 | 43 | 10.5 | 43 | 275 |

**Lightweight and comfortable:** We intend to make it soft and comfortable with a unique platform and wedge design. .

**Stretch Knit Upper :**

The breathable fabric keeps your feet comfortable throughout the day without stink. Laceless design makes it easier to wear.









For footwear, we encourage customers to order multiple sizes at once. Use our free returns service to return those doesn't fit after you receive your item. In this way, there will be no annoying problem of inappropriate size, and it will also save customers the time to replace the goods.

**Elegant and stylish:** In addition to the benefits we mentioned above, our goal is to





design a stylish appearance and add a little taste to your wardrobe.





**Why Us?**

- We work directly with manufacturers all over the world to ensure the best quality of our products. We have a Quality Control department which helps us to keep our promise!
- Price is always competitive.
- Awesome Customer Service
- Amazing products along with High Quality













## YOU MIGHT ALSO LIKE

*Don't Like These ?*







$23.95  $43.99          $6.99  $13.71          $29.97  $59.00

## Customer Reviews



**5.00**
⭐⭐⭐⭐⭐
Based on 10 Reviews



5 ⭐ �altarbar (10)
4 ⭐ (0)
3 ⭐ (0)
2 ⭐ (0)
1 ⭐ (0)

WRITE A REVIEW



G***n    ⭐⭐⭐⭐⭐
         awesome!
         2023-09-14                                                          👍 0

Q***l    ⭐⭐⭐⭐⭐
         It must be praised, I really like it!
         2023-09-14                                                          👍 0

H***y    ⭐⭐⭐⭐⭐
         Good quality.
         2023-09-14                                                          👍 0

J***m    ⭐⭐⭐⭐⭐
         I am very happy to buy such a good product.
         2023-09-14                                                          👍 0

‹  **1**  2  3  ›

COMPANY INFO

ABOUT US

CONTACT US

INTELLECTUAL PROPERTY RIGHTS

SERVICE CENTER

TERMS OF SERVICE

SHIPPING INFORMATION

PRIVACY POLICY

RETURN POLICY

QUICK LINKS

Home

ORDER TRACKING

CREATE ACCOUNT

SUBSCRIBE FOR LATEST NEWS

We will provide you with a better service!

Email address     Subscribe

DMCA report © 2024 Communicaten



Super Funny Crazy ...

R***n
Recently purchased

OUR PAYING METHOD







https://www.paypal.com/checkoutnow?token=83F60514JY981115E February 26, 2024



**$34.98**

Ship to Mary Gannon      **Change**
33 W Jackson Blvd, suite 200, Chicago, IL 60604

☐ Make this my preferred shipping address

💼 Buy now, pay later. **See offers**

## Pay with

○ Ink Business Preferred      $34.98
Credit ••••7051

☐ Make this my preferred way to pay

○ PayPal Credit
Get $20 off your purchase of $34.98. Subject to credit approval. **See terms**

+ **Add debit or credit card**

## Pay Later

○ Pay in 4
4 interest-free payments of $8.75. No late fees. **Learn more**

☐ Donate $1.00 to support People's Fund of Maui.
Direct financial assistance for Maui residents experiencing devastating losses from fires.

**Continue to Review Order**

**Payment method rights**

On your way back to Communicaten, we'll temporarily authorize $34.98 USD on your card to help ensure your payment's success. **More Info**

**Cancel and return to Communicaten**

https://communicaten.com/checkout/order-received/31909?key=wc_order_2VqrBaWvXXboj          February 26, 2024

# Communicaten



🔥 49% OFF -Women's Orthopedic Sneakers          $ 28.99
Purple / US7.5-8/EU39

⊘ **Thank you Mary**

Order: 24862S31909

| | |
|---|---|
| Subtotal | $ 28.99 |
| Shipping | $ 5.99 |

**Your order is confirmed**

You'll receive an email when your order is ready.

**Total**          USD **$ 34.98**

**Customer information**

**Contact information**
▬▬▬▬▬

**Payment method**
PayPal - $ 34.98

**Shipping address**
Mary Gannon
33 W Jackson Blvd suite 200 Chicago
60604 Illinois
United States (US)
✕✕✕✕✕

**Billing address**
Mary Gannon
33 W Jackson Blvd suite 200 Chicago
60604 Illinois
United States (US)
✕✕✕✕

**Shipping method**
Standard Shipping

⑦ Need help ? Contact us

[ **Continue shopping** ]

Refund policy    Privacy policy    Terms of service    Shipping policy    Contact us    About us

All rights reserved Communicaten
communicaten*UK

 

**Order Confirm**
1 message

**Communicaten** <support@communicaten.com>                                    Mon, Feb 26, 2024 at 4:20 PM
Reply-To: Communicaten <support@communicaten.com>
To: ✕✕✕✕✕✕✕✕

# Communicaten

ORDER #24862S31909

## Thank you for your purchase!

Hi GannonMary, we are getting your order ready to be shipped. We will notify you when it has
been sent.

[ View your order ]

or

Visit our store

## Order summary



🔥 49% OFF –Women's Orthopedic Sneakers × 1                                    $28.99
Purple/US7.5–8/EU39

| | |
|---|---|
| Subtotal | $28.99 |
| Shipping | $5.99 |
| **Total** | **$34.98** |
| | You saved $0.00 |

## Customer information

**Shipping address**                          **Billing address**

Mary Gannon 33 W Jackson Blvd suite 200 Chic     Mary Gannon 33 W Jackson Blvd suite 200 Chic
ago Illinois 60604 US ✕✕✕✕✕✕✕✕                    ago Illinois 60604 US ✕✕✕✕✕✕✕✕✕✕✕✕✕✕
                                                 ✕✕✕✕✕✕✕

**Shipping method**                           **Payment method**

| Standard Shipping | PayPal — **$34.98** |
| --- | --- |

If you have any questions, reply to this email or contact us at
support@communicaten.com

# EXHIBIT B



communicaten

- Order
- Product manag... ▲
  - **Product list**
  - Stock list
  - Products Category

Product list

Import | Export | Import Shopify products | Add product



All | On sell | Has been removed

Please select a product category | Please select a label | All | Air Cushion | Search | Sort

| | Product name | Selling price | Stock | Category | Operation |
|---|---|---|---|---|---|
| | Promotion-- Mushroom Head Air Cushion CC Cream  Buy 1 Get 1 Free(2 pcs) | $32.87 | No Use inventory | HOT1 ALL PRODUCTS | Copy Preview Top |
| | Men's Casual Air Cushion Sneakers | $44.99 | No Use inventory | HOT1 ALL PRODUCTS | Copy Preview Top |
| | New Mushroom Head Air Cushion CC Cream | $19.98 | No Use inventory | HOT1 ALL PRODUCTS | Copy Preview Top |

3 total

1 50 / page

Settings



communicaten

- Order
- Product manag...
  - Product list
  - Stock list
  - Products Category

## Product list

Import    Export    Import Shopify products    Add product

All    On sell    Has been removed

Please select a product category    Please select a label    All    ARCH FIT    Search

| | Product name | Selling price | Stock | Category | Operation |
|---|---|---|---|---|---|

No Data

0 total    ‹ | 1 | ›    50 / page

Settings





communicaten

- Order
- Product manag...
  - Product list
  - Stock list
  - Products Category

## Product list

Import | Export | Import Shopify products | Add product

All | On sell | Has been removed

Please select a product category | Please select trader | All | height-boosting rocker | Search | Sort

| | Product name | Selling price | Stock | Category | Operation |
|---|---|---|---|---|---|

No Data

0 total | ‹ 1 › | 50 / page

⚙ Settings





## Product list

communicaten

- Order
- Product manag... ▲
  - **Product list**
  - Stock list
  - Products Category

Import | Export | Import Shopify products | Add product

All | On sell | Has been removed

| Please select a product category | Please select brilden | All | Orthopedic Sneakers | Search | Sort |

| | ▶ | Product name | Selling price | Stock | Category | Operation |
|---|---|---|---|---|---|---|
| | | 49% OFF -Women's Orthopedic Sneakers  × Removed | $28.99 | No Use inventory | HOT1  ALL PRODUCTS | Copy  Preview  Top |

1 total

‹ 1 › | 50 / page ∨

⚙ Settings



**communicaten**

Order

Product manag...

**Product list**

Stock list

Products Category

## Product list

Import   Export   **Import Shopify products**   **Add product**

All    On sell    Has been removed

Please select a product category | Please select a label | All | SKECH | **Search**

| | ▶ | Product name | Selling price | Stock | Category | Operation |
|---|---|---|---|---|---|---|

No Data

0 total

‹ 11 ›   50 / page

Settings





communicaten

Order

Product manag...

**Product list**

Import | Export | Import Shopify products | Add product

All | On sell | Has been removed

Product list

Stock list

Products Category

Please select a product category | Please select hidden | All | SKECHERS | Search | Sort

| | | Product name | | | Selling price | Stock | Category | | Operation |
|---|---|---|---|---|---|---|---|---|---|

No Data

0 total

50 / page

Settings

communicaten

Order

Product manag...

Product list

Stock list

Products Category

# Product list

Import | Export | Import Shopify products | Add product

All | On sell | Has been removed

| | | All ∨ | Sneakers | | Search | Sort ∨ |

| | Product name | Selling price | Stock | Category | Operation |
|---|---|---|---|---|---|
|  49% OFF -Women's Orthopedic Sneakers » Removal | | $28.99 | No Use inventory | HOT1 ALL PRODUCTS | Copy Preview Top |
|  Men's Casual Air Cushion Sneakers | | $44.99 | No Use inventory | HOT1 ALL PRODUCTS | Copy Preview Top |

2 total       < 1 >   50 / page∨

Settings



communicaten

- Order
- Product manag...
  - Product list
  - Stock list
  - Products Category

## Product list

Import | Export | Import Shopify products | Add product

All | On sell | Has been removed

Please select a product category | Please select a label | All | sports shoes | Search | Sort

| | Product name | Selling price | Stock | Category | Operation |
|---|---|---|---|---|---|

No Data

0 total

50 / page

Settings









