IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Skechers U.S.A., Inc. II, | Case No. 1:24-cv-04541 |
| *Plaintiff,* | |
| v. | Honorable Thomas M. Durkin |
| The Partnerships and Unincorporated Associations d/b/a The Domain Names Identified on Schedule A, *et al.*, | |
| *Defendants.* | |

**SUPPLEMENTAL DECLARATION OF JIAN LIU**

1. I, Jian Liu, submit this Declaration on behalf of Defendant No. 40, halcfg.com, in further support of its Opposition to Motion for Entry of a Preliminary Injunction.

2. I am the General Manager of Changsha Dilis E-Commerce Co., Ltd. ("Dilis"), an e-commerce company based in Changsha, China established in 2019.

3. The subject Facebook post was posted on or around January 11, 2024.

4. Dilis subsequently discovered that the Facebook advertising post might be infringing and immediately deleted the post on or about January 14, 2024.

5. Based on Facebook's browsing data I have access to, which also includes Instagram's data, before Dilis took it down, the Facebook advertisement at issue only led to 14 clicks to the sales link for the shoes being promoted in the advertisement.

6. The 14 clicks resulted in two sales of the shoes: one was to Italy, and the other was to Skechers or its counsel on January 17, 2024, after Dilis deleted the Facebook post. The total amount of sales of the shoes is less than $100 USD, and the total sales amount in the US is less than $50 USD.

7. Dilis does not have any property located in the state of Illinois.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 14, 2024   */s/ Jian Liu*
　　　　　　　　　　　　　　　　　　Jian Liu